

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JERRY LEE HUTTO, | § | No. 08-15-00294-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 97th District Court |
| | § | |
| | | of Montague County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# 2014-0179M-CR) |
| | § | |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF MAY, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.